UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 10, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Sinforosa Aguilar Cintora,<br>    Plaintiff,<br><br>v.<br><br>Dollar Tree Store #8458,<br>Dollar Tree Stores, Inc., and<br>2ML Scarsdale, LLC,<br>    Defendants. | Civil Action H-21-2028 |

## Order of Adoption

On May 26, 2022, Magistrate Judge Peter Bray recommended that this case be remanded to state court. (35) No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate order to remand.

Signed June 10, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge